# SIXTA & ASSOCIATES, P.C.

## ATTORNEYS AT LAW

For the Firm:
**DON J. SIXTA***
djs@sixtalaw.us

**W. DAVID TOROK***
dt@sixtalaw.us
**TERRY W. VANDERPOOL****
twv@sixtalaw.us

117 E. Edgewood Dr.
Friendswood, Texas 77546
Office: 281-317-8666
Fax: 281-317-8667

Pearland Office:
2225 CR 90, Suite 121
Pearland, Texas 77584
Office: 281-485-4366
Fax: 281-485-4721

\* Licensed in TX
\*\* Licensed in TX & PA
\*\*\* Licensed in TX, PA, NE
& US Supreme Court

June 12, 2015

Clerk
Fourteenth Court of Appeals
301 Fannin
Suite 245
Houston, Texas 77002

RE:    COA Number: 14-14-00854-CV; Trial Court Cause Number 2011-47964; Community Management, LLC v. Cutten Development, LP and Davis Development, Inc.; Trial Court: 127th Judicial District Court of Harris County, Texas.

Dear Clerk:

This office represents Appellant Community Management.  Please find enclosed for filing in your usual and customary manner: Appellant's Motion For Extension Of Time To File Brief.

Thank you.

Very truly yours,

___/s/ W. David Torok_____
W. David Torok, Esq.

WDT/cs
enc.

Cc w/ enc.:    Ian Faria, Esq.